THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY<br>1411 K Street, NW, Suite 1300<br>Washington, D.C. 20005,<br><br>*Plaintiff*,<br><br>v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY<br>730 Jackson Place, NW<br>Washington, D.C. 20503,<br><br>OFFICE OF MANAGEMENT AND BUDGET<br>725 17th Street, NW<br>Washington, D.C. 20503,<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br>OFFICE OF THE SECRETARY<br>1849 C Street, NW<br>Washington, D.C. 20240,<br><br>U.S. FISH & WILDLIFE SERVICE<br>1849 C Street, NW<br>Washington, D.C. 20240,<br><br>BUREAU OF LAND MANAGEMENT<br>1849 C Street, NW<br>Washington, D.C. 20240,<br><br>U.S. FOREST SERVICE<br>1400 Independence Avenue, SW<br>Washington, D.C. 20250,<br><br>*Defendants*. | Case No.: 1:20-cv-01851 |

## AFFIDAVIT OF SERVICE OF COMPLAINT

Pursuant to Federal Rule of Civil Procedure 4(l), Plaintiff's counsel hereby certifies that service of the Summons and Complaint in the above-captioned case has taken place in the following manner.

1

1. Defendant Council on Environmental Quality was served via certified mail tracking number 70200640000023723004 on August 7, 2020.  See Attachment A.

2. Defendant Office of Management and Budget was served via certified mail tracking number 70200640000023723035 on August 21, 2020.  See Attachment A.

3. Defendant U.S. Department of The Interior, Office of The Secretary was served via certified mail tracking number 70200640000023723028 on August 17, 2020.  See Attachment A.

4. Defendant U.S. Fish & Wildlife Service was served via certified mail tracking number 70200640000023722984 on August 3, 2020.  See Attachment A.

5. Defendant Bureau of Land Management was served via certified mail tracking number 70200640000023722960 on August 3, 2020.  See Attachment A.

6. Defendant U.S. Forest Service was served via certified mail tracking number 70200640000023723011 on August 17, 2020.  See Attachment A.

7. The United States Attorney for the District of Columbia was served via certified mail tracking number 70200640000023722991 on August 3, 2020.  See Attachment A.

8. The U.S. Attorney General was served by certified mail tracking number 70200640000023722977 on August 3, 2020.  See Attachment A.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 24, 2020

Respectfully submitted,

*/s/ Paulo A. Lopes*
Paulo A. Lopes (D.C. Bar No. 1012910)
Center for Biological Diversity
1411 K Street, NW, Suite 1300
Washington, DC 20005
(202) 849-8398
plopes@biologicaldiversity.org
*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

I, Paulo A. Lopes, hereby certify that on August 24, 2020, I sent a copy of the foregoing Affidavit of Service via U.S. mail to:

COUNCIL ON ENVIRONMENTAL QUALITY
730 Jackson Place, NW
Washington, D.C. 20503,

OFFICE OF MANAGEMENT AND BUDGET
725 17th Street, NW
Washington, D.C. 20503,

U.S. DEPARTMENT OF THE INTERIOR, OFFICE OF THE SECRETARY
1849 C Street, NW
Washington, D.C. 20240,

U.S. FISH & WILDLIFE SERVICE
1849 C Street, NW
Washington, D.C. 20240,

BUREAU OF LAND MANAGEMENT
1849 C Street, NW
Washington, D.C. 20240,

U.S. FOREST SERVICE
1400 Independence Avenue, SW
Washington, D.C. 20250,

CIVIL PROCESS CLERK
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, D.C. 20530

ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave, NW
Washington, D.C. 20530

DATED: August 24, 2020                     Respectfully submitted,

                                           */s/ Paulo A. Lopes*
                                           Paulo A. Lopes (D.C. Bar No. 1012910)

                                           *Attorney for Plaintiff*