

**USPS Certified Mail Receipts:**

Receipt 1 (7020 0640 0000 2372 2991):
- Certified Mail Fee: $3.55
- Postage: $1.60
- Total Postage and Fees: $5.15
- Sent To: Civil Process Clerk - USAO EO-NEPA
- 555 Fourth Street, NW
- Washington DC 20530
- 07/29/2020

Receipt 2 (7020 0640 0000 2372 2977):
- Certified Mail Fee: $3.55
- Postage: $1.60
- Total Postage and Fees: $5.15
- Sent To: AG DOJ EO-NEPA
- 950 Pennsylvania Ave, NW
- Washington DC 20530
- 07/29/2020

Receipt 3 (7020 0640 0000 2372 3004):
- Certified Mail Fee: $3.55
- Postage: $1.60
- Total Postage and Fees: $5.15
- Sent To: CEQ EO-NEPA
- 730 Jackson Place, NW
- Washington DC 20503
- 07/29/2020

**USPS Store Receipt:**

```
WHITE FLINT MALL
11301 ROCKVILLE PIKE STE 111
KENSINGTON, MD 20895-9997
234896-0894
(800)275-8777
07/29/2020  11:43 AM
```

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $1.60 |
| Domestic, Washington, DC 20530, Weight: 0 Lb 3.90 Oz, Estimated Delivery Date Saturday 08/01/2020 | | | |
| Certified — USPS Certified Mail # 70200640000023722991 | | | $3.55 |
| First-Class Mail® Large Envelope | 1 | | $1.60 |
| Domestic, Washington, DC 20530, Weight: 0 Lb 3.90 Oz, Estimated Delivery Date Saturday 08/01/2020 | | | |
| Certified — USPS Certified Mail # 70200640000023722977 | | | $3.55 |
| First-Class Mail® Large Envelope | 1 | | $1.60 |
| Domestic, Washington, DC 20503, Weight: 0 Lb 3.90 Oz, Estimated Delivery Date Saturday 08/01/2020 | | | |
| Certified — USPS Certified Mail # 70200640000023723004 | | | $3.55 |
| First-Class Mail® Large Envelope | 1 | | $1.60 |
| Domestic, Washington, DC 20240, Weight: 0 Lb 3.90 Oz, Estimated Delivery Date Saturday 08/01/2020 | | | |
| Certified — USPS Certified Mail # 70200640000023722984 | | | $3.55 |
| First-Class Mail® Large Envelope | 1 | | $1.60 |
| Domestic, Washington, DC 20240, Weight: 0 Lb 3.90 Oz, Estimated Delivery Date Saturday 08/01/2020 | | | |
| Certified — USPS Certified Mail # 70200640000023722960 | | | $3.55 |

Grand Total: $25.75

Credit Card Remitd: $25.75
- Card Name: MasterCard
- Account #: XXXXXXXXXXXX9300
- Approval #: 00378P
- Transaction #: 456
- AID: A0000000041010  Chip
- AL: MASTERCARD
- PIN: Not Required   CAPITAL ONE

*******************************************
Due to limited transportation availability as a result of nationwide COVID-19 impacts package delivery times may be



```
==========================================
          WHITE FLINT MALL
     11301 ROCKVILLE PIKE STE 111
       KENSINGTON, MD 20895-9997
              234896-0894
             (800)275-8777
         07/29/2020 11:43 AM
==========================================
==========================================
------------------------------------------
Product              Qty    Unit     Price
                            Price
------------------------------------------
First-Class Mail®     1              $1.60
Large Envelope
    Domestic
    Washington, DC  20530
    Weight:0 Lb 3.90 Oz
    Estimated Delivery Date
    Saturday 08/01/2020
Certified                            $3.55
    USPS Certified Mail #
    70200640000023722991
First-Class Mail®     1              $1.60
Large Envelope
    Domestic
    Washington, DC  20530
    Weight:0 Lb 3.90 Oz
    Estimated Delivery Date
    Saturday 08/01/2020
Certified                            $3.55
    USPS Certified Mail #
    70200640000023722977
First-Class Mail®     1              $1.60
Large Envelope
    Domestic
    Washington, DC  20503
    Weight:0 Lb 3.90 Oz
    Estimated Delivery Date
    Saturday 08/01/2020
Certified                            $3.55
    USPS Certified Mail #
    70200640000023723004
First-Class Mail®     1              $1.60
Large Envelope
    Domestic
    Washington, DC  20240
    Weight:0 Lb 3.90 Oz
    Estimated Delivery Date
    Saturday 08/01/2020
Certified                            $3.55
    USPS Certified Mail #
    70200640000023722984
First-Class Mail®     1              $1.60
Large Envelope
    Domestic
    Washington, DC  20240
    Weight:0 Lb 3.90 Oz
    Estimated Delivery Date
    Saturday 08/01/2020
Certified                            $3.55
    USPS Certified Mail #
    70200640000023722960
------------------------------------------
Grand Total:                        $25.75
------------------------------------------

------------------------------------------
Credit Card Remitd                  $25.75
    Card Name:MasterCard
    Account #:XXXXXXXXXXXX9300
    Approval #:00378P
    Transaction #:456
    AID:A0000000041010         Chip
    AL:MASTERCARD
    PIN:Not Required     CAPITAL ONE
------------------------------------------

******************************************
    Due to limited transportation
    availability as a result of
    nationwide COVID-19 impacts
       delivery times may be
```

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70200640000023722991

Remove ✕

Your item was delivered at 4:52 am on August 3, 2020 in WASHINGTON, DC 20530.

## ✓ Delivered

August 3, 2020 at 4:52 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

August 3, 2020, 4:52 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:52 am on August 3, 2020 in WASHINGTON, DC 20530.

August 2, 2020, 10:49 am
Available for Pickup
WASHINGTON, DC 20530

**August 2, 2020, 10:26 am**
Arrived at Hub
WASHINGTON, DC 20018

**August 1, 2020**
In Transit to Next Facility

**July 30, 2020, 12:51 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**July 29, 2020, 10:18 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**July 29, 2020, 11:41 am**
USPS in possession of item
KENSINGTON, MD 20895

## Product Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70200640000023722977

Remove ✕

Your item was delivered at 4:52 am on August 3, 2020 in WASHINGTON, DC 20530.

## ⊘ Delivered

August 3, 2020 at 4:52 am  
Delivered  
WASHINGTON, DC 20530

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

August 3, 2020, 4:52 am  
Delivered  
WASHINGTON, DC 20530  
Your item was delivered at 4:52 am on August 3, 2020 in WASHINGTON, DC 20530.

August 2, 2020, 10:49 am  
Available for Pickup  
WASHINGTON, DC 20530

**August 2, 2020, 10:26 am**
Arrived at Hub
WASHINGTON, DC 20018

**August 1, 2020**
In Transit to Next Facility

**July 30, 2020, 12:51 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**July 29, 2020, 10:18 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**July 29, 2020, 11:41 am**
USPS in possession of item
KENSINGTON, MD 20895

## Product Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

See Less

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70200640000023723004

Your item was delivered at 3:46 am on August 7, 2020 in WASHINGTON, DC 20500.

## ⊘ Delivered

August 7, 2020 at 3:46 am
Delivered
WASHINGTON, DC 20500

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

August 7, 2020, 3:46 am
Delivered
WASHINGTON, DC 20500
Your item was delivered at 3:46 am on August 7, 2020 in WASHINGTON, DC 20500.

---

Reminder to Schedule Redelivery of your item

---

August 2, 2020, 10:48 am
Available for Pickup

WASHINGTON, DC 20500

**August 2, 2020, 10:33 am**
Arrived at Hub
WASHINGTON, DC 20018

**August 1, 2020**
In Transit to Next Facility

**July 30, 2020, 12:51 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**July 29, 2020, 10:18 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**July 29, 2020, 11:41 am**
USPS in possession of item
KENSINGTON, MD 20895

## Product Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

See Less

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70200640000023722960

Remove ✕

Your item was delivered to an individual at the address at 7:28 am on August 3, 2020 in WASHINGTON, DC 20240.

## ✓ Delivered

August 3, 2020 at 7:28 am
Delivered, Left with Individual
WASHINGTON, DC 20240

Get Updates ⌄

---

**Text & Email Updates** ⌄

**Tracking History** ⌃

August 3, 2020, 7:28 am
Delivered, Left with Individual
WASHINGTON, DC 20240
Your item was delivered to an individual at the address at 7:28 am on August 3, 2020 in WASHINGTON, DC 20240.

August 2, 2020, 10:22 am
Available for Pickup
WASHINGTON, DC 20240

**August 2, 2020, 7:22 am**
Arrived at Hub
WASHINGTON, DC 20018

**August 1, 2020**
In Transit to Next Facility

**July 30, 2020, 8:30 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**July 29, 2020, 11:41 am**
USPS in possession of item
KENSINGTON, MD 20895

**Product Information**

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

**See Less**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70200640000023722984

Remove ✕

Your item was delivered to an individual at the address at 7:28 am on August 3, 2020 in WASHINGTON, DC 20240.

## ✓ Delivered

August 3, 2020 at 7:28 am
Delivered, Left with Individual
WASHINGTON, DC 20240

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

August 3, 2020, 7:28 am
Delivered, Left with Individual
WASHINGTON, DC 20240
Your item was delivered to an individual at the address at 7:28 am on August 3, 2020 in WASHINGTON, DC 20240.

---

August 2, 2020, 10:22 am
Available for Pickup
WASHINGTON, DC 20240

**August 2, 2020, 7:22 am**
Arrived at Hub
WASHINGTON, DC 20018

**August 1, 2020**
In Transit to Next Facility

**July 30, 2020, 8:36 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**July 29, 2020, 11:41 am**
USPS in possession of item
KENSINGTON, MD 20895

## Product Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**



**Receipt 1 (7020 0640 0000 2372 3035):**
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
Washington, DC 20503
Certified Mail Fee $3.55
Postage $2.20
Total Postage and Fees $5.75
Postmark AUG 13 2020
Sent To: Office of Management Budget   EO-NEPA
Street and Apt. No., or PO Box No.: 725 17th Street NW
City, State, ZIP+4: Washington DC 20503

**Receipt 2 (7020 0640 0000 2372 3011):**
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
Washington DC 20250
Certified Mail Fee $3.55
Postage $2.20
Total Postage and Fees $5.75
Postmark AUG 13 2020
Sent To: US Forest Service   EO-NEPA-ESA
Street and Apt. No., or PO Box No.: 1400 Independence Ave SW
City, State, ZIP+4: Washington DC 20250

**Receipt 3 (7020 0640 0000 2372 3028):**
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
Washington DC 20240
Certified Mail Fee $3.55
Postage $2.20
Total Postage and Fees $5.75
Postmark AUG 13 2020
Sent To: Dept of Interior Office Secretary
Street and Apt. No., or PO Box No.: 1849 C Street NW   EO-NEPA-ESA
City, State, ZIP+4: Washington DC 20240

**USPS Receipt:**
UNITED STATES POSTAL SERVICE.
WHITE FLINT MALL
11301 ROCKVILLE PIKE STE 111
KENSINGTON, MD 20895-9997
(800)275-8777
08/13/2020                                04:22 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $2.20 |
| Washington, DC 20240 | | | |
| Weight: 0 Lb 6.10 Oz | | | |
| Estimated Delivery Date Monday 08/17/2020 | | | |
| Certified | | | $3.55 |
| USPS Certified Mail # 70200640000023723028 | | | |
| Total | | | $5.75 |
| First-Class Mail® Large Envelope | 1 | | $2.20 |
| Washington, DC 20250 | | | |
| Weight: 0 Lb 6.10 Oz | | | |
| Estimated Delivery Date Monday 08/17/2020 | | | |
| Certified | | | $3.55 |
| USPS Certified Mail # 70200640000023723011 | | | |
| Total | | | $5.75 |
| First-Class Mail® Large Envelope | 1 | | $2.20 |
| Washington, DC 20503 | | | |
| Weight: 0 Lb 6.10 Oz | | | |
| Estimated Delivery Date Monday 08/17/2020 | | | |
| Certified | | | $3.55 |
| USPS Certified Mail # 70200640000023723035 | | | |
| Total | | | $5.75 |

Grand Total:                                $17.25

Credit Card Remitd                          $17.25
  Card Name: MasterCard
  Account #: XXXXXXXXXXXX9300
  Approval #: 07177P
  Transaction #: 213
  AID: A0000000041010           Chip
  AL: MASTERCARD
  PIN: Not Required    CAPITAL ONE

**********************************
Due to limited transportation
availability as a result of
nationwide COVID-19 impacts
package delivery times may be
extended. Priority Mail Express®
service will not change.
**********************************

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…

# USPS Tracking®

FAQs >

**Track Another Package** +

**Tracking Number:** 70200640000023723035

Remove ✕

Your item was delivered at 3:44 am on August 21, 2020 in WASHINGTON, DC 20500.

## ⊗ Delivered

August 21, 2020 at 3:44 am
Delivered
WASHINGTON, DC 20500

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**August 21, 2020, 3:44 am**
Delivered
WASHINGTON, DC 20500
Your item was delivered at 3:44 am on August 21, 2020 in WASHINGTON, DC 20500.

**August 17, 2020, 10:30 am**
Available for Pickup
WASHINGTON, DC 20500

**August 17, 2020, 6:56 am**
Arrived at Unit
WASHINGTON, DC 20018

**August 16, 2020**
In Transit to Next Facility

**August 13, 2020, 10:34 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**August 13, 2020, 4:20 pm**
USPS in possession of item
KENSINGTON, MD 20895

# Product Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…

## USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70200640000023723028

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 11:01 am on August 17, 2020 in WASHINGTON, DC 20240.

## ✓ Delivered

August 17, 2020 at 11:01 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20240

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

August 17, 2020, 11:01 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20240
Your item was delivered to the front desk, reception area, or mail room at 11:01 am on August 17, 2020 in WASHINGTON, DC 20240.

August 17, 2020, 8:49 am
Arrived at Unit
WASHINGTON, DC 20018

**August 16, 2020**
In Transit to Next Facility

**August 13, 2020, 10:34 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**August 13, 2020, 4:20 pm**
USPS in possession of item
KENSINGTON, MD 20895

## Product Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

**ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…**

# USPS Tracking®

FAQs ›

**Track Another Package** +

**Tracking Number:** 70200640000023723011

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 11:21 am on August 17, 2020 in WASHINGTON, DC 20250.

## ✓ Delivered

August 17, 2020 at 11:21 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20250

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

August 17, 2020, 11:21 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20250
Your item was delivered to the front desk, reception area, or mail room at 11:21 am on August 17, 2020 in WASHINGTON, DC 20250.

---

August 17, 2020, 9:22 am
Arrived at Unit
WASHINGTON, DC 20018

**August 16, 2020**
In Transit to Next Facility

**August 13, 2020, 10:34 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**August 13, 2020, 4:20 pm**
USPS in possession of item
KENSINGTON, MD 20895

## Product Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**